FILED
JAN 2 3 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CARSON BLOCK,

    Plaintiff,

-vs-

U.S. SECURITIES AND EXCHANGE COMMISSION,

    Defendant.

Case No. 1:22-cv-1314

## ORDER

BE IT REMEMBERED on this the **23rd** day of **January**, 20**23**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **William Smith Greig** ("Applicant"), counsel for **U.S. Sec. & Exchange** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **U.S. Sec. & Exchange Comm'n** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **23rd** day of **January** 20**23**.

_____
UNITED STATES DISTRICT JUDGE