IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
November 30, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ps_____
DEPUTY

**CARSON BLOCK,**

        **Plaintiff**,

v.

**U.S. SECURITIES AND EXCHANGE COMMISSION,**

        **Defendant**.

Civil Action No. 1:22-cv-1314-DAE

## SCHEDULING ORDER

The scheduling recommendations provided by the parties on October 12, 2023 (Dkt no. 20) have been reviewed by the Court. The following dates are entered to control the course of this case:

1. The parties shall file all motions to amend or supplement pleadings or to join additional parties by January 12, 2024. Plaintiff is still exhausting his administrative remedies and is awaiting completion of the administrative record, and requires additional time to amend his complaint to include related FOIA requests and parties.

2. If applicable, the parties are to file cross-motions for summary judgment no later than May 13, 2024. If required, a hearing on dispositive motions will be set by the Court after all responses and replies have been filed.

3. The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

IT IS SO ORDERED.

DATED: Austin, Texas, November 30, 2023.

                                                         DAVID A. EZRA
                                                         SENIOR U.S. DISTRICT JUDGE