IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARSON BLOCK, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 1:22-cv-1314-DAE |
| U.S. SECURITIES AND EXCHANGE COMMISSION and U.S. DEPARTMENT OF JUSTICE | § § § § § | |
| *Defendants*. | § § | |

**MINUTE ORDER**

The Court enters the following Minute Order:

- By **January 31, 2025,** the Parties will file a Joint Status Report informing the Court of any issues that remain to be resolved and proposing a schedule for dispositive motion briefing, if any.

IT IS SO ORDERED.

DATED: Austin, Texas, November 12, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE