IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CARSON BLOCK, § § § *Plaintiff*, § § v. § § U.S. SECURITIES AND EXCHANGE § COMMISSION and U.S. DEPARTMENT § OF JUSTICE § § *Defendants*. § § | Civil Action No. 1:22-cv-1314-DAE |

**Joint Status Report**

In this action under the Freedom of Information Act, 5 U.S.C. § 552 *et seq*., as amended ("FOIA"), Plaintiff Carson Block and Defendants the United States Securities and Exchange Commission ("SEC") and the United States Department of Justice ("DOJ") jointly file this Joint Status Report pursuant to the Court's Order (Dkt. 40).

The Parties agreed on search terms and the SEC produced responsive documents. After production, the Plaintiff raised additional issues. The Parties have conferred on those issues and the SEC agreed to conduct additional searches for documents.

Accordingly, to allow time for the additional searching, the Parties propose providing the Court with another status report by September 25, 2025. The Parties respectfully request entry of the attached Proposed Order confirming this schedule.

| | |
|---|---|
| Dated: July 31, 2025 | Respectfully submitted,<br><br>**Justin R. Simmons**<br>United States Attorney<br><br> /s/ Matthew Mueller<br>Matthew Mueller<br>Assistant United States Attorney<br>Texas Bar No. 24095592<br>903 San Jacinto Blvd., Ste. 334<br>Austin, Texas 78701<br>(512) 370-1262 (phone)<br>Matthew.Mueller@usdoj.gov<br><br>***ATTORNEYS FOR DEFENDANTS***<br><br><br>**DAVIS WRIGHT TREMAINE**<br><br> /s/  Eric M. Stahl<br>Eric M. Stahl (*admitted pro hac vice*)<br>Annie S. Zhang (*admitted pro hac vice*)<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>(206) 757-8148 (phone)<br>ericstahl@dwt.com<br>anniezhang@dwt.com<br><br>John Courtade (TX Bar No. 04891200)<br>8805 Wildridge Drive<br>Austin, TX 78759<br>Tel:    (512) 502-1135<br>Fax:    (512) 502-1138<br>Email:    johncourtade@johncourtade.com<br><br>***ATTORNEYS FOR PLAINTIFF*** |