IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CARSON BLOCK,** | § |
| *Plaintiff*, | § |
| v. | §   Civil Action No. 1:22-cv-1314-DAE |
| **U.S. SECURITIES AND EXCHANGE COMMISSION and U.S. DEPARTMENT OF JUSTICE** | § |
| *Defendants*. | § |

### [PROPOSED] ORDER

Before the Court is the Parties Joint Status Report. Based on the Report, it is hereby ORDERED that the Parties will file another Joint Status Report updating the Court on the status of the case and proposed next steps by **September 25, 2025**.

DATED: _____.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE