IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARSON BLOCK, | § | NO. 1:22-CV-1314-DAE |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | |
| U.S. SECURITIES AND EXCHANGE | § | |
| COMMISSION and U.S. | § | |
| DEPARTMENT OF JUSTICE, | § | |
| | § | |
| *Defendants*. | § | |
| _____ | § | |

## ORDER GRANTING DEFENDANS' MOTION FOR STAY IN LIGHT OF LAPSE OF APPROPRIATIONS

Before the Court is Defendants United States Securities and Exchange Commission ("SEC") and the United States Department of Justice's ("DOJ") (collectively, "Defendants") Motion for Stay in Light of Lapse of Appropriations (the "Motion"). (Dkt. # 44.) Plaintiff Carson Block ("Block" or "Plaintiff") filed a response to Defendants' Motion indicating he is not opposed to staying any deadlines in the case to 45 days after the restoration of appropriations, as proposed by Defendants. (Dkt. # 45.) After reviewing the present case and the reasons set forth in the Motion, the Court finds that such Motion should be, and hereby is, **GRANTED**.

Funding for various Executive Branch agencies lapsed at the end of the day on September 30, 2025. Employees from the effected agencies have been generally prohibited from working. In particular, the government has asserted that individuals necessary for the advancement of this case are unavailable due to the lapse of appropriations. This constitutes good cause under Federal Rule of Civil Procedure 6 for extending deadlines and staying this case.

Accordingly, **IT IS ORDERED** that this case is stayed. All filing, discovery, and other deadlines imposed on the parties shall be extended to 45 days after the restoration of appropriations. This stay will automatically end seven days after appropriations are restored to the Defendant agencies.

**DATED**: Austin, Texas, November 7, 2025.

_____
David Alan Ezra
Senior United States District Judge

2