IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARSON BLOCK, | § | NO. 1:22-CV-1314-DAE |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | |
| U.S. SECURITES AND EXCHANGE | § | |
| COMMISSION and U.S. | § | |
| DEPARTMENT OF JUSTICE, | § | |
| *Defendants*. | § | |
| _____ | § | |

ORDER

Before the Court is the status of the above-referenced case. On November 7, 2025, the Court ordered that this action be stayed pending the then-current government shutdown. (Dkt. # 46.) On November 12, 2025, the government shutdown concluded. In light of the end of the shutdown, the Court hereby **LIFTS** the November 7, 2025 stay in this case.

It is further **ORDERED** that the parties shall file another Joint Status Report or request for briefing schedules updating the Court on the status of the case and proposed next steps **by February 13, 2026**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, December 30, 2025.

_____
David Alan Ezra
Senior United States District Judge