**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| CARSON BLOCK, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 1:22-cv-1314-DAE |
| | § | |
| U.S. SECURITIES AND EXCHANGE | § | |
| COMMISSION and U.S. DEPARTMENT | § | |
| OF JUSTICE | § | |
| | § | |
| *Defendants.* | § | |

**Joint Status Report**

In this action under the Freedom of Information Act, 5 U.S.C. § 552 *et seq*., as amended ("FOIA"), Plaintiff Carson Block and Defendants the United States Securities and Exchange Commission ("SEC") and the United States Department of Justice ("DOJ") jointly file this Joint Status Report pursuant to the Court's Text Order.

The Parties believe that it is appropriate for the Court to enter a briefing schedule on dispositive motions. Plaintiff will file any dispositive motion no later than August 6, 2026. Defendants will file an opposition to Plaintiff's motion combined with any dispositive motion no later than September 8, 2026. Plaintiff will file any reply combined with an opposition to Defendants' motion no later than October 8, 2026. Finally, Defendants will file any reply in support of their motion no later than November 9, 2026. The Parties agree that any motion for award of an amount of attorney's fees will be separately addressed later and not part of this schedule. Notwithstanding this briefing schedule, the Parties will continue to seek resolution of this litigation or attempt to narrow the issues before the Court.

Dated: June 17, 2026

Respectfully submitted,

**Justin R. Simmons**
United States Attorney

 /s/ Matthew Mueller
Matthew Mueller
Assistant United States Attorney
Texas Bar No. 24095592
903 San Jacinto Blvd., Ste. 334
Austin, Texas 78701
(512) 370-1262 (phone)
Matthew.Mueller@usdoj.gov

***ATTORNEYS FOR DEFENDANTS***

**DAVIS WRIGHT TREMAINE**

 /s/  Eric Stahl*
Eric M. Stahl (*admitted pro hac vice*)
Annie S. Zhang (*admitted pro hac vice*)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
(206) 757-8148 (phone)
ericstahl@dwt.com
anniezhang@dwt.com

John Courtade (TX Bar No. 04891200)
8805 Wildridge Drive
Austin, TX 78759
Tel:      (512) 502-1135
Fax:      (512) 502-1138
Email:    johncourtade@johncourtade.com

***ATTORNEYS FOR PLAINTIFF***

****signed with permission***