**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARSON BLOCK,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | Civil Action No. 1:22-cv-1314-DAE |
| | § | |
| **U.S. SECURITIES AND EXCHANGE** | § | |
| **COMMISSION and U.S. DEPARTMENT** | § | |
| **OF JUSTICE** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Parties Joint Status Report. The Parties have requested the Court enter a briefing schedule on dispositive motions. As such, it is hereby ORDERED that:

- Plaintiff will file any dispositive motion no later than August 6, 2026.

- Defendants will file an opposition to Plaintiff's motion combined with any dispositive motion no later than September 8, 2026.

- Plaintiff will file any reply combined with an opposition to Defendants' motion no later than October 8, 2026.

- Defendants will file any reply in support of their motion no later than November 9, 2026.

DATED: Austin, Texas, June 22, 2026.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE