**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

CARSON BLOCK,

§
§
§

*Plaintiff*,

§
§
§   Civil Action No. 1:22-cv-1314-DAE

v.

§
§

U.S. SECURITIES AND EXCHANGE
COMMISSION and U.S. DEPARTMENT OF
JUSTICE,

§
§
§
§

*Defendants*.

§

## ORDER

Before the Court is the Parties' Agreed Motion to Amend Scheduling Order on Dispositive

Briefing.  The Parties have requested the Court enter a revised briefing schedule on dispositive

motions. Based on the parties' agreement and for good cause, it is hereby ORDERED that:

- Plaintiff will file any dispositive motion no later than August 25, 2026.

- Defendants will file an opposition to Plaintiff's motion combined with any dispositive motion no later than October 2, 2026.

- Plaintiff will file any reply combined with an opposition to Defendants' motion no later than October 30, 2026.

- Defendants will file any reply in support of their motion no later than December 4, 2026.

DATED: Austin, Texas, July 31, 2026.

DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE