AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| CARSON BLOCK<br>*Plaintiff*<br>v.<br>U.S. SECURITIES & EXCHANGE COMMISSION, et<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:22-cv-1314-DAE |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants .

Date: 08/28/2026

/s/ Clayton Diedrichs
*Attorney's signature*

Clayton Diedrichs, CO Bar No. 16833
*Printed name and bar number*

U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
*Address*

clayton.diedrichs@usdoj.gov
*E-mail address*

(210) 384-7310
*Telephone number*

(210) 384-7312
*FAX number*

Print Save As... Reset