**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARSON BLOCK,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **Civil Action No. 1:22-cv-1314-DAE** |
| | § | |
| **U.S. SECURITIES AND EXCHANGE COMMISSION and U.S. DEPARTMENT OF JUSTICE** | § § § | |
| | § | |
| ***Defendants.*** | § | |

## ORDER

Before the Court is Defendants' Opposed Motion for Extension of Time to File Motion and Response (Dkt. # 63). Having considered the motion, the Court finds good cause to grant Defendants' motion. It is therefore **ORDERED** that the Scheduling Order on Dispositive Briefing is modified as follows:

- Defendants will file an opposition to Plaintiff's motion combined with any dispositive motion no later than November 2, 2026.
- Plaintiff will file any reply combined with an opposition to Defendants' motion no later than December 4, 2026.
- Defendants will file any reply in support of their motion no later than December 18, 2026.

DATED: October 1, 2026.

David Alan Ezra
Senior United States District Judge